■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FRAZER, Appellant.—Judgment unanimously affirmed. Memorandum: Under

the circumstances of this particular case, it was not necessary for the People to produce psychiatric proof of defendant's sanity. (See *People v Silver,* 33 NY2d 475.) (Appeal from judgment of Supreme Court, Erie County, convicting defendant of manslaughter, first degree.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Del Vecchio, JJ.